UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-cv-62221-MIDDLEBROOKS

DAREN DOMBROSKI,

    Plaintiff,

v.

MILLAR HERITAGE VENTURES, INC.
d/b/a MIDAS and ROBERT L. MILLER,

    Defendants.
_____/

## APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (DE 10), filed on January 25, 2016. Plaintiff Daren Dombroski initiated this action on October 21, 2015, alleging Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), by failing to properly compensate Plaintiff for overtime and unpaid minimum wages. (DE 1). The Parties advise the Court that they have settled all claims in this action, and move for dismissal of the claims.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. U. S.*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc.*, 679 F.2d at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district

court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where, as here, the settlement agreement was entered into in an adversarial context and both sides were represented by counsel throughout the litigation, the settlement agreement is "more likely to reflect a reasonable compromise over issues[.]" *Id.*

Upon a review of the parties' Motion for Approval of Settlement Agreement (DE 10-1), I find that the settlement is a fair and reasonable, arms-length resolution of the parties' dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion to Approve Settlement Agreement and Dismiss Action With Prejudice (DE 10) is **GRANTED**;
2. The settlement is fair and reasonable and is hereby **APPROVED**;
3. This case is **DISMISSED WITH PREJUDICE**; and
4. Any pending motions are hereby **DENIED AS MOOT**, and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED**, in Chambers, at Palm Beach County, Florida, this 25 day of January, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record